ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Aviation Training Consulting, LLC | ) ASBCA No. 63269 |
| | ) |
| Under Contract No. FA8621-20-F-6265 | ) |

APPEARANCES FOR THE APPELLANT:    Matthew T. Schoonover, Esq.
John M. Mattox II, Esq.
  Schoonover & Moriarty LLC
  Olathe, KS

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
  Deputy Chief Trial Attorney
Maj Brian Shust, USAF
  Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 18, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63269, Appeal of Aviation Training Consulting, LLC, rendered in conformance with the Board's Charter.

Dated: August 18, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals